NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
JUSTIN R. RHOADES (Cal. Bar No. 230463)
Assistant United States Attorney
Chief, Violent & Organized Crime Section
     1300 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-3380
     Facsimile: (213) 894-3713
     E-mail:    justin.rhoades@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> LIONEL ALVAREZ, et al., <br><br> Defendants. | No. CR 10-362-ODW <br><br> ORDER DISMISSING INDICTMENT AGAINST REMAINING FUGITIVE DEFENDANTS WITH PREJUDICE PURSUANT TO FED. R. CRIM. P. 48(a) |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, Plaintiff United States of America has requested leave of this Court to dismiss with prejudice the indictment against defendants JOHN DOE #1, also known as ("aka") "Mike," JEREMY ALBERT ROWLAND STARK, aka "Bosy" and "Skip," PRAVEEN SINGH, TREVOR KYLE MCEACHNIE, JOHN DOE #2, aka "Gladiator," JOHN DOE #3, aka "Ghostofahost" and "Scars," JOHN DOE #4, aka "Grasshopper," JOHN DOE #5, aka "Grandprix," RANJIV JASWAL, SUKHPAUL SINGH PARMAR, JAYPAUL SINGH PARMAR, JASON GUILD, aka "Norm," DEBRA LORDY LYNCH, aka "Debra Quilt," COUNG CHAN TRINH, SHANE SUTHERLAND, CHRISTOPHER BARTON DOAK,

aka "Corvette," KHAMLA WONG, aka "Khamla Siharaj," STEVEN CHEE MING YIP, VAHAN SORIN DERSAHAKIAN, CHRISTOPHER LLOYD MEHAN, ROBERT DEREK CARLYLE, aka "Robert Derek Bowden," HARDIP SINGH NIJJAR, ANTHONY POMONIS, JOSE ALEJANDRO MONTOYA-AVENDANO, ROBERT CHARLES ARTHUR, and ROSE MARLEEN GREENE (collectively, the "fugitive defendants").

Having fully considered the matter, and for good cause shown, the Court hereby grants the government's request and dismisses the indictment against the fugitive defendants with prejudice in this case.

IT IS SO ORDERED.

October 24, 2019
DATE

HONORABLE OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE